# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARIANA CAZARES ZAMORA,<br><br>　　　　　　Defendant. | Case No. 19cr0875-GPC<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[ECF No. 35] |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the Information [ECF No. 12] in the above-entitled case be dismissed without prejudice.

　　IT IS SO ORDERED.

DATED: February 28, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　United States District Judge